# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RANDY S. ZIMMERMAN,** : | CIVIL ACTION NO. 1:08-CV-0538 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **ALLEN E. BEHLER,** *et al.*, : | |
| **Defendants** : | |

## ORDER

AND NOW, this 2nd day of December, 2008, upon consideration of the motion to dismiss (Doc. 12) filed by defendant Sheridan Thompson-Clark ("Thompson-Clark"), and of the stipulation of dismissal (Doc. 26), filed on the date hereof, which states that all claims against Thompson-Clark have been dismissed with prejudice, it is hereby ORDERED that:

1. The motion (Doc. 12) to dismiss is DENIED as moot.

2. The Clerk of Court is instructed to DROP Sheridan Thompson-Clark as a party to this action.  See FED. R. CIV. P. 21.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge