IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDY S. ZIMMERMAN,** | : | **CIVIL ACTION NO. 1:08-CV-0538** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **ALLEN E. BEHLER**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 27th day of January, 2009, upon consideration of the letter (Doc. 38) received from plaintiff's counsel requesting an extension of the time within which plaintiff may oppose defendants' motion for summary judgment (Doc. 29), it is hereby ORDERED that the letter (Doc. 38) is CONSTRUED as a motion to extend the time period within which plaintiff may file papers in opposition to the motion and is GRANTED as so construed. On or before February 3, 2009, plaintiff shall file a brief in opposition to the motion for summary judgment and a responsive statement of material facts pursuant to Rule 56.1 of the Local Rules of Court. Failure to file such documents may result in the motion (Doc. 29) being deemed unopposed, see L.R. 7.6, or the averments set forth in defendants' statement of material facts (Doc. 30) being deemed admitted, see L.R. 56.1.

                                            S/ Christopher C. Conner
                                          CHRISTOPHER C. CONNER
                                          United States District Judge